IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40798
Conference Calendar

_____


LANEY J. HARRIS,

                                        Plaintiff-Appellant,

versus

TOGO D. WEST, JR.,
Secretary, Department of the Army,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:94-CV-58
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Laney J. Harris appeals from the district court's dismissal

of his civil rights action for failure to effect timely service

of process.  He contends that he has shown good cause for his

failure to timely serve the defendant because there was allegedly

no one in the clerk's office during his many visits there.  We

have reviewed the record and find no reversible error.

Accordingly, the judgment is AFFIRMED for essentially the reasons

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

stated by the district court.  See Harris v. West, No. 5:94cv58 (E.D. Tex. June 24, 1997).

The district court's judgment does not specify whether the dismissal of Harris's civil rights action was with or without prejudice.  The district court's dismissal therefore operated as an adjudication on the merits.  See Hilliard v. Board of Pardons & Paroles, 759 F.2d 1190, 1193 (5th Cir. 1985).  Accordingly, the judgment of the district court is MODIFIED to reflect that the dismissal is without prejudice.  See Fed. R. Civ. P. 4(m).

AFFIRMED; JUDGMENT MODIFIED.